In the Matter of SHERWIN G., a Person Alleged to be a Juvenile Delinquent, Appellant. [643 NYS2d 1014]

Viewing the evidence in the light most favorable to the presentment agency *(cf., People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the appellant's guilt beyond a reasonable doubt. Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.